UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

ROBERT LOCKWOOD,
    Plaintiff,

v.

STATE OF CALIFORNIA,
    Defendant.

Case No. 17-cv-3999-NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff alleges that his rights were violated pursuant to 42 U.S.C. § 1983. The allegations concern an arrest that occurred in San Bernardino County in 1997. Plaintiff is incarcerated in Texas. San Bernardino County lies within the venue of the United States District Court for the Central District of California. The events occurred and the defendants reside in the Central District, venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). [1]

**IT IS SO ORDERED.**

Dated: November 1, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

---

[1] While this case may be untimely or *Heck* barred, those determinations can be made in the Central District.