JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. LOCKWOOD, | Case No. ED CV 17-2252-DSF (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed without leave to amend.

Dated: 6/28/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE